FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. __O3 - 553 - CAS__ |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| Rodney Lamont Hudson ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the __Central Dist. of CA__ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. ( ✓ ) the appearance of defendant as required; and/or

    B. ( ✓ ) the safety of any person or the community.

///
///
///
///
///

...

2.  The Court concludes:

   A.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _____

   B.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

IT IS ORDERED that defendant be detained.

DATED: 5/29/08

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge